IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHUNNYE DUNLAP<br>   *Plaintiff*, | : | |
| v. | : | |
| THE AMERICAN LEGION;<br>AMERICAN LEGION POST 153 HOME<br>ASSOCIATION *d/b/a and a/k/a*<br>GEORGE M. IMHOF POST 153 OF THE<br>AMERICAN LEGION OF THE STATE OF<br>PENNSYLVANIA *a/k/a* CLUB 153 *a/k/a*<br>POST 153; AMBOO INC.; AMERICAN<br>LEGION DEPARTMENT OF<br>PENNSYLVANIA, INC.; GEORGE M.<br>IMHOF POST 153 OF THE AMERICAN<br>LEGION, STATE OF PA LLC; and, JOHN<br>DOE CORPORATION AND/OR JOHN<br>DOE(S) SECURITY GUARDS<br>   *Defendants*. | :<br><br>:<br><br>:<br><br>:<br><br>:<br><br>: | CIVIL ACTION<br>NO. 20-3771 |

**ORDER**

AND NOW, this 19th day of October 2020, upon consideration of: Defendant American Legion's Notice of Removal (ECF No. 1); Plaintiff's Motion to Remand (ECF No. 2); Defendant American Legion's Response (ECF No. 3); and, Plaintiff's Replies thereto (ECF 4, 5), it is hereby ORDERED that in accordance with this Court's accompanying Memorandum, Plaintiff's Motion (ECF No. 2) is GRANTED and the Clerk of Court shall REMAND this matter back to the Philadelphia Court of Common Pleas.

                BY THE COURT:

                _/s/ C. Darnell Jones, II J._